UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN RYAN COWAN,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, UNITED STATES OF AMERICA, AND ACLU,<br><br>            Defendants. | Case No. CV-23-108-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the order dated December 11, 2023 (Doc. 6), this action is dismissed without prejudice.

      Dated this 11th day of December, 2023.

                                              TYLER P. GILMAN, CLERK

                                              By: /s/ Sarah Nagy
                                              Sarah Nagy, Deputy Clerk